IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00508-CMA-MEH

DAVID SHU,

      Plaintiff,

v.

WORTH GROUP ARCHITECTS,

      Defendant.

---

**MINUTE ORDER**

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 28, 2009.**

      The Joint Motion for Entry of Stipulated Protective Order [filed April 27, 2009; docket #14] is **granted**.  The Stipulated Protective Order is filed contemporaneously with this minute order.