IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action Number 09-cv-00508-CMA-MEH

DAVID SHU,

    Plaintiff,

v.

WORTH GROUP ARCHITECTS,

    Defendant.

## ORDER REGARDING MOTION TO REMAND

Upon consideration of Plaintiff's Motion To Withdraw Motion To Remand To State Court (Doc. # 18), and good cause being shown therefor,

IT IS HEREBY ORDERED that said motion is GRANTED.  It is

FURTHER ORDERED that the Motion for Order of Remand (Doc. # 8) be deemed withdrawn.

DATED:  May   20  , 2009

                BY THE COURT:

                _____
                CHRISTINE M. ARGUELLO
                United States District Judge