**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-00508-CMA-MEH

DAVID SHU,

    Plaintiff,

v.

WORTH GROUP ARCHITECTS,

    Defendant.

---

**ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL**

---

This matter is before the Court on Defendant's Unopposed Motion for and Notice of Withdrawal (Doc. # 23), filed on June 11, 2009. The Court, having reviewed the motion and the case file, hereby ORDERS that the motion is GRANTED.

Steven M. Gutierrez and Tanya E. Milligan are permitted to withdraw as counsel of record for Defendant Worth Group Architects, effective immediately. The Court further notes that Defendant Worth Group Architects shall be represented by Merrily S. Archer, who has entered an appearance in this matter (Doc. # 22).

DATED: June __12__, 2009

                                                    BY THE COURT:

                                                    _____
                                                    CHRISTINE M. ARGUELLO
                                                    United States District Judge