IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00508-CMA-MEH

DAVID SHU,

    Plaintiff,

v.

WORTH GROUP ARCHITECTS,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 16, 2009.**

Defendant's unopposed[1] Motion for Reconsideration of Motion for Extension of Time to Respond to Discovery Requests [filed June 19, 2009; docket #29], which the Court construes as a renewed motion for extension of time to respond to discovery requests, is **granted**. Defendant is permitted the three-week extension of time within which to submit its responses to Plaintiff's discovery requests.

---

[1] *See* docket #36.