IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00508-CMA-MEH

DAVID SHU,

    Plaintiff,

v.

WORTH GROUP ARCHITECTS,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 20, 2009.**

    Plaintiff's Motion for Reconsideration of July 16, 2009 Order and Request for Leave to File Response to Defendant's Motion to Amend Answer [filed July 16, 2009; docket #42] is **granted in part and denied in part**. While there is some question as to whether Fed. R. Civ. P. 6(d) applies in this instance and, in any case, D.C. Colo. LCivR 7.1C provides that "[n]othing in this rule precludes a judicial officer from ruling on a motion at any time after it is filed," the Court will consider Plaintiff's response to Defendant's Motion to Amend Answer. Upon consideration, the Court finds that Plaintiff does not establish undue delay in this matter and that Plaintiff's other arguments go to the merits of the proposed amended defense, rather than to whether Defendant should be permitted to raise the defense in its pleading. Therefore, the Court will neither reverse nor modify its July 16, 2009 order granting Defendant's Motion to Amend Answer.