IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00508-CMA-MEH

DAVID SHU,

    Plaintiff,

v.

WORTH GROUP ARCHITECTS,

    Defendant.

---

### MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 28, 2009.**

    Defendant's Unopposed Motion to Vacate Settlement Conference [filed July 27, 2009; docket #47] is **granted in part and denied in part**.  On or before **August 3, 2009**, counsel for the parties shall conference together and call my Chambers at (303) 844-4507 to obtain an alternate for the settlement conference in this matter.